## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| RICKEY L. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:07CV00034 ERW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to compel. The Court entered its final judgment in this action on November 20, 2009, ordering the government to return a gold CD to plaintiff and dismissing the remainder of plaintiff's claims with prejudice. This Court's judgment was affirmed by the Eighth Circuit Court of Appeals on October 29, 2010. Plaintiff now seeks an order compelling the government to return "two hundred written rap songs," which plaintiff admits were never the subject of this case. The government maintains that no government agent or agency has any of plaintiff's property.

The Court will deny the motion to compel because this action has been fully adjudicated and the Court finds no grounds for reopening these proceedings. Furthermore, because the subject of the motion to compel is unrelated to this action, there would be no grounds for granting the motion in any case.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [Doc. 165] is **DENIED** with prejudice.

So Ordered this 16th day of November, 2011.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE